UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Gurdial Pardesi**                                                                                           CIVIL ACTION NO.: 25-6612

vs                                          *Plaintiff*

**R.C.F.H.P., et al**

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **8/20/2025** at **8:27 PM** at **150 East 61st Street, Lobby, New York, NY 10062**

undersigned served a(n) **Summons in a Civil Action and Complaint Demand for Jury Trial**

on **Louis Galpern**

by delivering a true copy of each to said defendant personally;

undersigned knew the person so served to be the person described as said defendant therein.

Description of Person Served Based on Undersigned's Perception:
Gender: Male
Race: White
Hair: Gray
Age: Over 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 08/21/2025 under the penalties of perjury under the
laws of New York, which may include a fine or imprisonment,
that the foregoing is true, and I understand that this document
may be filed in an action or proceeding in a court of law.

Nicholai Aaron Granados
License No.2114994