```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                  :
GURDIAL PARDESI,                                                  :
                                                                  :
                        Plaintiff,                                :
                                                                  :           25-cv-06612 (LJL)
        -v-                                                       :
                                                                  :                ORDER
R.C.F.H.P. INC. et al.,                                           :
                                                                  :
                        Defendants.                               :
                                                                  :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2025

LEWIS J. LIMAN, United States District Judge:

This Order further documents the Court's rulings at the initial pretrial conference on November 4, 2025.

Plaintiff shall file any motion to dismiss the counterclaims and motion in opposition to request for judicial notice no later than November 24, 2025. Defendants shall respond by December 29, 2025. Plaintiff shall reply by January 12, 2026.

R.C.F.H.P. Inc. and Cambridge Realty Management LLC ("Corporate Defendants") shall answer or otherwise respond to Plaintiff's complaint by November 21, 2025. The Corporate Defendants cannot appear pro se, and the Court will construe the Answer at Dkt. No. 24 to be filed on behalf of only the individual defendants. If the Corporate Defendants do not appear by November 21, 2025, Plaintiff can move for entry of default judgment.

By separate order, the parties are referred to Magistrate Judge Robyn F. Tarnofsky for settlement.

SO ORDERED.

Dated: November 5, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge