UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GURDIAL PARDESI,<br><br>                        Plaintiff,<br><br>  -against-<br>R.C.F.H.P. Inc., et al.,<br><br>                        Defendant. | 25-CV-06612 (LJL)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        By Order of Reference dated November 5, 2025 (ECF 28), Judge Lewis J. Liman referred this case to me for settlement.

        A settlement conference is scheduled for **Tuesday, November 18, 2025 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY.

        If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **November 10, 2025**, to propose three alternative dates and times for the settlement conference during the week of November 17, 2025.

        The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **November 12, 2025, at 5:00 p.m**.

        Corporate parties must send the person with decision-making authority to settle the matter to the conference.

        If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  November 5, 2025  
             New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge