**THE DESK OF ROBERT GALPERN, LOUIS GALPERN & ELLIOT GALPERN**

<u>**VIA EMAIL**</u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　November 6, 2025

The Honorable Lewis J. Liman  
United States District Judge  
Southern District of New York  
500 Pearl Street, Room 1620  
New York, NY 10007

Dear Judge Liman:

We, the *pro se* defendants Robert Galpern, Louis Galpern, and Elliot Galpern, respectfully submit this letter pursuant to Your Honor's Individual Practices (§§ 1(B), 3(C)) to clarify our procedural filings and to request appropriate relief.

On October 22, 2025, we filed an Answer with Counterclaims (ECF No. 24). Subsequently, we filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b). Upon review of the applicable rules, we understand that a party may not simultaneously maintain both an answer and a motion to dismiss directed to the same pleading.

Accordingly, we respectfully withdraw the Answer and Counterclaims filed on October 22, 2025, and request that the Court deem our Motion to Dismiss as our operative responsive pleading. Should the Court deny our motion in whole or in part, we respectfully request leave to refile our Answer and Counterclaims within fourteen (14) days of the Court's decision, pursuant to Rule 12(a)(4).

This request is made in good faith and solely to correct a procedural error. We note that the corporate defendants R.C.F.H.P. Inc. and Cambridge Realty Management LLC are required to be represented by counsel, which they will retain as per your prior Order.

Thank you for Your Honor's attention and consideration.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Robert Galpern, /s/Louis Galpern, /s/Elliot Galpern

CC: GIBSON, DUNN & CRUTCHER LLP (VIA EMAIL)