UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gurdial Pardesi,<br><br>                     Plaintiff,<br><br> -against-<br>R.C.F.H.P. Inc., et al.,<br><br>                    Defendants. | 25-CV-6612 (LJL) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The settlement conference scheduled for **Tuesday, November 18, 2025 at 2:00 p.m.** will be held by video conference. The Courtroom Deputy will send the conference details to counsel for plaintiff and pro se defendants. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **November 12, 2025**, **at 5:00 p.m**.

DATED:  November 10, 2025　　　　　　　　　　　SO ORDERED.
　　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge